```
         IN THE UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF ARKANSAS
                  WESTERN DIVISION
```

HENRY PONDER

vs.                              NO. 4:10CV00078  SWW

CITY OF CONWAY, ARKANSAS, ET AL


ORDER OF DISMISSAL

Upon the plaintiff's motion for dismissal of this action,

IT IS THEREFORE ORDERED that the motion is granted, and the above cause of action hereby is dismissed without prejudice.

DATED this 23rd day of April 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE